```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ANDY ANSRYAN, on behalf of himself and
all others similarly situated,

                         Plaintiff,

            -against-

CHRISTIAN DIOR, INC. and CHRISTIAN
DIOR COUTURE SAS,

                        Defendants.
-------------------------------------------------------------- X

25-CV-06705 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS on August 14, 2025, Plaintiff filed this lawsuit, *see* Compl., Dkt. 1;

       WHEREAS on August 15, 2025, the Court scheduled an Initial Pretrial Conference for October 10, 2025, and required the parties to submit a joint letter and proposed Case Management Plan by October 2, 2025, *see* Order, Dkt. 6; and

       WHEREAS to date, the Court has not received the parties' submission, Defendants have not appeared, and Plaintiff has not filed proof of service on Defendants;

       IT IS HEREBY ORDERED that by end of day today, **Friday, October 3, 2025**, Plaintiff must file a letter via ECF updating the Court on the status of this action. Such submission must be served on Defendants in the same manner as the Summons and Complaint.

IT IS FURTHER ORDERED that this Order must also be served on Defendants.

Plaintiff must file proof of service of this Order and the so-ordered status update by **Wednesday, October 8, 2025**.

**SO ORDERED.**

Date: **October 3, 2025**
      **New York, New York**

                                      **VALERIE CAPRONI**
                                      **United States District Judge**