

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2025

October 31, 2025

**VIA CM/ECF**

**MEMO ENDORSED**

The Honorable Valerie E. Caproni
United States District Court for the Southern District of
New York
500 Pearl Street
New York, NY 10007

    Re: *Ansryan v. Christian Dior Inc. et al.,* <u>Civ. Action No.: 1:25cv6705-VEC</u>

Dear Judge Caproni:

Pursuant to Section 2(C) of this Court's Individual Rules of Practice in Civil Cases, I write on behalf of the Plaintiff to request that the Court stay the deadline for Defendant to respond to Plaintiff's Complaint.

Plaintiff filed his Complaint on August 14, 2025. *See* Dkt. 1. The waiver of service was sent to Defendant Christian Dior, Inc. on October 6, 2025 and was recently returned. Therefore, Christian Dior, Inc.'s Answer is due on December 5, 2025.

On August 8, 2025, Plaintiff in a related action, *Holland v. Christian Dior, Inc. et al.*, No. 1:25-cv-06200-RA (S.D.N.Y. July 28, 2025) along with plaintiffs in several recently filed related actions[1], filed a Motion to Consolidate Actions and Appoint Interim Class Counsel and an Executive Committee in the first-filed case, captioned *Beata Toikach v. Christian Dior, Inc.*, No. 25-cv-6055-JAV (S.D.N.Y. Aug. 8, 2025),

---

[1] *Beata Toikach v. Christian Dior, Inc.*, No. 25-cv-6055-JAV (S.D.N.Y.) (first-filed action); *Michael Toikach v. Christian Dior, Inc.*, No. 25-cv-6058-JGK (S.D.N.Y.); *Bhatt et al., v. Christian Dior, Inc.*, No. 25-cv-6205-MKV (S.D.N.Y.), and *Nguyen v. Christian Dior, Inc.*, No. 25-cv-6270-LJL (S.D.N.Y.).

Dkt. No. 12 (the "Motion to Consolidate"). This Motion to Consolidate is pending and seeks to (1) consolidate the other related actions into the first-filed action; (2) appoint Plaintiffs' proposed leadership structure; (3) stay this action and the Defendants' responsive pleading deadlines in this action; and (4) require the filing of a consolidated class action complaint in the proposed lead case.

In addition to this, this action was listed in a Schedule of Actions in a matter before the Judicial Panel on Multidistrict Litigation, where there is a pending Motion to Transfer this, and other, actions into a proposed multidistrict litigation (MDL No. 3164, Docket Number 1-2, Exhibit A). That Motion to Transfer is currently awaiting a decision by the JPML.

Plaintiff respectfully requests that, in light of this Motion to Consolidate and the Motion to Transfer and in the interest of efficiency, Defendants' time to answer, move, or otherwise respond to the Complaint in this action be stayed pending a ruling on the Motion to Consolidate. Defendant Christian Dior, Inc. does not oppose this request. We thank the Court for its consideration of this request.

Thank you.

Respectfully,

/s/ Nicholas A. Migliaccio
Nicholas A. Migliaccio
**MIGLIACCIO & RATHOD LLP**
412 H Street, N.E., Suite 302
Washington, D.C. 20002
Tel: 202.470.3520
Fax: 202.800.2730
nmigliaccio@classlawdc.com

Cc: Wesley Sze, Esq. (by CM/ECF)

Application GRANTED. All pending deadlines in this action are STAYED *sine die*. Within **one (1) week** of a ruling on either of (i) the Motion to Consolidate in *Beata Toikach v. Christian Dior, Inc.*, No. 25-cv-6055-JAV (S.D.N.Y. Aug. 8, 2025), or (ii) the Motion to Transfer before the Judicial Panel on Multidistrict Litigation, **whichever is earlier**, the Parties are instructed to file a joint letter via ECF stating the outcome of the Motion to Consolidate and/or the Motion to Transfer, and proposing next steps in this case.

SO ORDERED.

*[signature: Valerie Caproni]*   11/3/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE